## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 17-cv-01149-RM-CBS

DAVID DiSALVO,

      Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY
a/k/a SAFECO INSURANCE COMPANY,

      Defendant.

_____

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER, having come before the Court on the Parties' Joint Stipulation For Dismissal With Prejudice (ECF No. 21), and the Court, having reviewed the Stipulation and the file and being otherwise fully advised in the premises,

HEREBY ORDERS that the Joint Stipulation for Dismissal With Prejudice is hereby GRANTED, and this case is dismissed with prejudice, each party to pay its own attorneys' fees and costs.  The Court directs the Clerk of Court to CLOSE this matter.

DATED this 14th day of July, 2017.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge